EXHIBIT

B

exhibitsticker.com

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
4/6/2022 3:26 PM
JAMIE SMITH
DISTRICT CLERK
B-209636

CASUE NO. _____

| | | |
|---|---|---|
| ILKAY ORMANCI | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| GENERAC POWER SYSTEMS, INC. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, ILKAY ORMANCI, hereinafter referred to as "Plaintiff" complaining of GENERAC POWER SYSTEMS, INC., hereafter referred to as "Defendant", and would show unto the Court the following:

### Discovery Control Plan

1.     Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that they seek monetary relief aggregating more than $50,000.00.

### Parties

2.     Plaintiff, Ilkay Ormanci is an individual who at all times relevant hereto, resides in Kountze, Texas.  The last three numbers of Ilkay Ormanci's driver's license are 947.  The last three numbers of Ilkay Ormanci's Social Security number are 274.

3.     Defendant, Generac Power Systems, Inc, is a corporation registered and authorized to conduct business in the State of Texas, and duly formed and existing under laws of the State of Texas.  Defendant may be served with citation in this action by serving its registered agent for service of process at the following address:

Copy from re:SearchTX

National Registered Agents, Inc.
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

## Jurisdiction

4.     The Court has jurisdiction over this matter because the subject product "Generac Generator" was purchased at the Lowe's Hardware Store in Port Arthur, Jefferson County, Texas.

## Facts

On August 20, 2020, Plaintiff sustained serious injuries as a result of a product defect in a Generac Generator he had purchased from Lowe's Hardware Store.

On that occasion, the tips of the fingers on his right hand were crushed and/or amputated by the product.  The product has caused numerous similar injuries throughout the United States.

## Failure to Warn

The Plaintiff would show that the subject generator involved in this incident was unreasonably dangerous as that term is understood in Texas law and Plaintiff therefore brings this action under Section 402(A) and 402(B) of the Restatement of Torts, Second. Plaintiff would further show that the Generac generator was defectively marketed.

Plaintiff would show that Generac Power Systems, Inc., is involved in the distribution and sale of generators in Texas.

The generator was introduced into the steam of commerce for use by the general public.

At the time it was being used by the Plaintiff, the product was in an unaltered condition.

Copy from re:SearchTX

### Design Defect

The Generac generator was improperly designed, in that, when moved, the handles would Collapse on the fingers of the user causing serious injuries.

### Marketing Defect

There were defects in the marketing of Generac generators at the time it left the possession of Gererac Power Systems, Inc., that were a producing cause of the occurrence, injuries and/or Plaintiff's damages. Generac failed to give adequate warning of the Generac generator, that were known, or by the application of reasonably developed human skill and foresight should have been known by Generac Power System, Inc., or failed to give adequate instructions to avoid such dangers, which failures rendered the generators unreasonable dangerous as marked. The generator was improperly designed in that the handle would move when the generator was being moved causing severe damages to the owner/operator of the generator.

As a proximate cause of the defectively designed and marketed product, the Plaintiff sustained severe and permanent injuries when the tips of his fingers were amputated and/or crushed.

### Negligence

The conduct of Generac Power Systems, Inc., constituted negligence as that term is understood in law, and such conduct was a proximate cause of the occurrence made the basis of this suit and of Mr. Ormanci's injuries and Plaintiff's damages. Plaintiff would show that Generac Power System, Inc. was negligent through acts and commissions, by and through

Copy from re:SearchTX

agents, servants, and/or employees acting in the course and scope of their respective employments, individually and/or collectively, each of which individually and collectively was a proximate cause of the occurrence and Plaintiff's injuries and damages including but not limited to Generac Power System, Inc's marketing, and the sale of the generator.

Plaintiff would additionally say and show that he is entitled to recovery of prejudgment interest in accordance with law and equity as part of the damages herein, and Plaintiff here and now sues for recovery of pre-judgment interest as provided by law and equity, under the applicable provision of the laws of the State of Texas.

### Prayer

WHEREFORE PREMISES CONSIDERED, Plaintiff would pray that Defendant be cited according to law to appear herein and that upon final trial, Plaintiff have judgment against Defendant for those damages described in the foregoing and in the full amount allowed by law, together with prejudgment interest and post judgment interest at the legal rate and for costs of court and for such other further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

Marty Herring
State Bar No. 09533700
1616 S. Voss Road, Ste. 890
Houston, Texas 77057
Telephone: 713-787-9885
Facsimile: 713-787-9886
martyherring@hotmail.com
**ATORNEY FOR PLAINTIFF**

Copy from re:SearchTX