**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ILKAY ORMANCI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:22-CV-00214** |
| | § | |
| **GENERAC POWER SYSTEMS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

1. Plaintiff, ILKAY ORMANCI (hereinafter, "Plaintiff") file their First Amended Original Complaint against Defendants, Generac Power Systems, Inc. and Lowe's (hereinafter, "Defendants"), and would show unto the Court the following:

### PARTIES, JURISDICTION, AND VENUE

2. Plaintiff, Ilkay Ormanci is an individual who at all times relevant hereto, resides in Kountze, Texas. The last three numbers of Ilkay Ormanci's driver's license are 947. The last three numbers of Ilkay Ormanci's social security number are 274.
3. Defendant, Generac Power Systems, Inc. is a corporation registered and authorized to conduct business in the State of Texas, and duly formed and existing under laws of the State of Texas. Defendant, Generac Power Systems, Inc. has previously been served and has an answer on file and may be served through its counsel, Nelson Skyler and Jaime M. Beller, BROWN SIMS, P.C., 1177 West Loop South, Tenth Floor, Houston, Texas 77027.
4. Defendant, Lowe's Home Centers, LLC. is a corporation registered and authorized to conduct business in the State of Texas, and duly formed and existing under laws of the State of Texas.

Defendant may be served with citation in this action by serving its registered agent for service of process at the following address:

Corporation Service Company D/B/A CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701

5. This court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) and 28. U.S.C. § 2201, as Plaintiff is a citizen of Texas, and Defendant, Generac Power Systems, Inc. is a Wisconsin Corporation with its headquarters also in Wisconsin. Further Defendant, Lowe's Home Center is a North Carolina Corporation with its headquarters also in North Carolina. Further, as demonstrated by the allegations below, the amount in controversy exceeds seventy-five thousand dollars ($75,000.00).
6. Venue is proper pursuant to 28 U.S.C. § 13941(a)(2) because a substantial portion of the events giving rise to this action occurred here. Specifically, the generator was purchased in Port Arthur, Jefferson County, Texas.

## GENERAL ALLEGATIONS

7. This Amended Complaint arises out of personal injuries, that Plaintiff sustained on August 20, 2020.
8. Plaintiff purchased the Generac generator from Lowe's located in Port Arthur, Texas. The Lowe's is specifically located at 8383 Memorial Boulevard, Port Arthur, Texas 77640.
9. On that occasion, the tips of the fingers on his right hand were crushed and/or amputated by the product. Specifically Plaintiff's middle and ringer fingertips were amputated.
10. Upon information and belief the Generac generator has caused numerous similar injuries throughout the United States.

## CLAIM FOR RELIEF

**A. Failure to Warn**

11. The allegations of paragraphs 7 through 10 of this Complaint are hereby incorporated by reference. The Plaintiff would show that the subject generator involved in this incident was unreasonably dangerous as that term is understood in Texas law and Plaintiff therefore brings this action under Section 402(A) and 402(B) of the Restatement of Torts, Second.
12. Plaintiff would further show that the Generac generator was defectively marketed.
13. Plaintiff would show that Generac Power Systems, Inc., is involved in the distribution and sale of generators in Texas.
14. Plaintiff would show that Lowe's Home Center is involved in the distribution and sale of generators in Texas.
15. The generator was introduced into the stream of commerce for use by the general public.
16. At the time it was being used by the Plaintiff, the product was in an unaltered condition.

**B. Design Defect**

17. The allegations of paragraphs 7 through 10 of this Complaint are hereby incorporated by reference. The Generac generator was improperly designed, in that, when moved, the handles would collapse on the fingers of the user causing serious injuries.

**C. Marketing Defect**

18. The allegations of paragraphs 7 through 10 of this Complaint are hereby incorporated by reference. There were defects in the marketing of the Generac generators at the time it left the possession of Generac Power Systems, Inc., that were a producing cause of the occurrence, injuries and/or Plaintiff's damages.

19. Generac failed to give adequate warning of the Generac generator, that were known, or by the application of reasonably developed human skill and foresight should have been known by Generac Power System, Inc., or failed to give adequate instructions to avoid such dangers, which failures rendered the generators unreasonable dangerous as marked.

20. The generator was improperly designed in that the handle would move when the generator was being moved causing sever damages to the owner/operator of the generator.

21. As a proximate cause of the defectively designed and marketed product, the Plaintiff sustained severe and permanent injuries when the tips of his finger were amputated and/or crushed.

**D. Negligence**

22. The allegations of paragraphs 7 through 10 of this Complaint are hereby incorporated by reference. The conduct of Generac Power Systems, Inc. and Lowe's Home Center constituted negligence as that term is understood in law, and such conduct was a proximate cause of the occurrence made the basis of this suit and of Mr. Ormanci's injuries and Plaintiff's damages.

23. Plaintiff would show that Generac Power Systems, Inc., was negligent through acts and omissions. By and through its agents, servants, and/or employees acting in the course and scope of their respective employments, individually and/or collectively, each of which individually and collectively was a proximate cause of the occurrence and Plaintiff's injuries and damages including but not limited to Generac Power System, Inc.'s marketing, and the sale of the generator.

24. Plaintiff would show that Lowe's Home Center was negligent through acts and omissions. By and through its agents, servants, and/or employees acting in the course and scope of their respective employments, individually and/or collectively, each of which individually and

collectively was a proximate cause of the occurrence and Plaintiff's injuries and damages including but not limited to Lowe's Home Center marketing, and the sale of the generator.

25. Plaintiff would additionally say and show that he is entitled to recovery of prejudgment interest in accordance with law and equity as part of the damages herein, and Plaintiff now sues for recovery of pre-judgment interest as provided by law and equity, under the applicable provision of the laws of the State of Texas.

## CONCLUSION AND PRAYER

WHEREFORE, premises considered, Plaintiff, ILKAY ORMANCI, pray that Defendants be cited according to law to appear herein and that upon final trial, Plaintiff have judgment against Defendants for those damages described in the foregoing and in the full amount by law, together with prejudgment interest and post judgment interest at the legal rate and for costs of court and for such other further relief to which Plaintiff may be justly entitled. The Plaintiff respectfully requests for any or such other further relief as they may be entitled.

[*Signature block on next page*]

Respectfully submitted,

**SORRELS LAW**

*/s/ Randall O. Sorrels*
Randall O. Sorrels
Texas Bar No. 10000000
Federal Bar No. 11115
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
randy@sorrelslaw.com
**E-service: eservice@sorrelslaw.com**

*/s/ Marty Herring *signed by permission*
Marty Herring
Texas Bar No. 09533700
1616 S. Voss Road, Suite 890
Houston, Texas 77057
Telephone: (713) 787-9885
Facsimile: (713) 787-9886
Martyherring@hotmail.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached instrument has been forwarded by certified mail/return receipt requested, hand-delivery, email, e-file, or telephonic document transfer to the attorney listed below on August 16, 2022:

Nelson Skyler
Jamie M. Beller
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
Nskyler@brownsims.com
Jbeller@brownsims.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Randall O. Sorrels*
Randall O. Sorrels