**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ILKAY ORMANCI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:22-CV-00214** |
| | § | |
| **GENERAC POWER SYSTEMS, INC. and LOWE'S HOME CENTERS, LLC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DEPOSITIONS OR IN THE ALTERNATIVE PLAINTIFF'S MOTION TO EXTEND PLAINTIFF'S EXPERT WITNESS DESIGNATION DEADLINE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, ILKAY ORMANCI (hereinafter, "Plaintiff") files this Motion to Compel Defendant Generac Power System's Corporate Representative's Deposition or in the alternative Plaintiff's Motion to Extend Plaintiff's Expert Witness Designation Deadline, and would show as follows:

**SUMMARY**

Plaintiff's Motion should be granted as follows:

1. Plaintiff is entitled to depose Generac's corporate representative.
2. Numerous case law firmly supports Plaintiff's position;
3. Despite Plaintiff's efforts to schedule the deposition, Defendant, Generac keeps delaying providing dates and now claims that it cannot provide a deposition until the middle of July.

4. Plaintiff will be prejudiced and will continue to suffer significant harm if the deposition is not conducted prior to Plaintiff's expert designation deadline.

**BACKGROUND**

Plaintiff's counsel numerous times has requested the depositions of Defendant's corporate representative, as well as the depositions of Amanda Olivares (supervisor resolution), and Brad Abel (senior corporate quality manager). Plaintiff first began asking for these depositions back on March 20, 203. (Exhibit 1) Plaintiff's counsel consistently followed up regarding a corporate representative deposition but never received a date for any of these depositions. On or about April 7, 2023, defense counsel sent an e-mail that they anticipated stipulating to liability and requested that Plaintiff put a pause on following up on dates for depositions. (Exhibit 2) On April 14, 2023, the pleadings deadline came and went, and the Defendants did not stipulate liability. On May 9, 2023, Plaintiff's sent an amended list of corporate representative topics. (Exhibit 3) Between May 9 and May 23, 2023, Plaintiff's counsel sent several e-mails asking for an update on scheduling the corporate representative deposition. On May 15, 2023, Defense counsel asked until May 23, 2023 to work with her client on finding dates regarding the corporate representative deposition. (Exhibit 4) On May 23, 2023, Defense counsel offered finally July 13, 2023 to produce Generac's corporate representative as the first available date. Plaintiff's expert designation is due on Monday, July 3, 2023. (Exhibit 5)

Defendant, Generac, has taken the position during litigation of delay. Recently the United State of America Consumer Product Safety Commission sanctioned Generac 15.8 million for its delay failure to immediately report that 32 models of its Generac and DR 6500 Watt and 8000 Watt portable generators contained a defect that created an unreasonable risk of injury to consumers.

Plaintiff requests that the Court order Generac produce a corporate representative before July 3, 2023, Plaintiff's current expert witness designation deadline. In the alternative, Plaintiff is requesting that the Court extend Plaintiff's expert witness designation deadline until such time as he can depose the necessary deponents including but not limited to a corporate representative, Amanda Olivares, Brad Abel, and anyone who is identified during these depositions.

## MOTION TO COMPEL PROPER

Generac's corporate representative testimony on the topics that have been provided to Defendant is necessary to develop Plaintiff's case, and Plaintiff is entitled to such testimony. Plaintiff cannot obtain this information through any other source.

Plaintiff has been working rigorously with opposing counsel to find a suitable date for Generac's corporate representative deposition. Unfortunately Defendant has only provided one date and that is after Plaintiff's expert designation deadline.

It is for these uncontrollable and unreasonable circumstances that Plaintiff must seek relief from this honorable Court for a date sooner than July 13, 2023.

## CONCLUSION AND PRAYER

For these reasons, Plaintiff, Ilkay Ormanci, respectfully requests that the Court issue an order commanding Defendant Generac to make their corporate representative available for deposition within the next 15 days, or in the alternative that the Court extend Plaintiff's expert designation until such time that Plaintiff has had an opportunity to depose a corporate representative, Amanda Olivares, Brad Abel, and anyone who is identified during these depositions and any and all other relief to which he may be entitled to.

Respectfully submitted,

**SORRELS LAW**

*/s/ Randall O. Sorrels*
Randall O. Sorrels
Texas Bar No. 10000000
Federal Bar No. 11115
Andrea S. Roth
Texas Bar No. 24093074
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
randy@sorrelslaw.com
andrea@sorrelslaw.com
**E-service: eservice@sorrelslaw.com**

*/s/ Marty Herring *signed by permission*
Marty Herring
Texas Bar No. 09533700
1616 S. Voss Road, Suite 890
Houston, Texas 77057
Telephone: (713) 787-9885
Facsimile: (713) 787-9886
Martyherring@hotmail.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I do hereby certify that I, Andrea Roth, counsel for Plaintiff, have conferred with counsel for Defendant concerning the issues raised in this Motion. Defense counsel, Jamie Beller, reviewed the motion and advised that she is opposed to the motion.

*/s/ Andrea S. Roth*
Andrea S. Roth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached instrument has been forwarded by certified mail/return receipt requested, hand-delivery, email, e-file, or telephonic document transfer to the attorney listed below on May 31, 2023:

Nelson Skyler
Jamie M. Beller
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
Nskyler@brownsims.com
Jbeller@brownsims.com

**ATTORNEYS FOR DEFENDANTS**

*/s/ Randall O. Sorrels*
Randall O. Sorrels