**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| ILKAY ORMANCI<br>Plaintiff,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.<br>Defendants. | Civil Action No. 1:22-CV-00214 |

**PLAINTIFF'S MOTION DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Ilkay Ormanci ("Plaintiff") and file this Motion to Dismiss All Claims with Prejudice, and in support thereof would respectfully show this Court the following:

Plaintiff agrees to dismiss with prejudice all claims against Defendants Generac Power Systems, Inc. and Lowe's Home Centers, LLC in the above referenced matter. Plaintiff no longer seeks to pursue his claims against Defendants arising out of this lawsuit, or any future claims that he may have as a result of the events made the basis of this suit. Therefore, Plaintiff seeks to dismiss this cause in its entirety with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Ilkay Ormanci respectfully requests the Court enter an Order dismissing all claims filed by

Plaintiff Ilkay Ormanci against Defendants Generac Power Systems, Inc. and Lowe's Home Centers, LLC in this suit, in its entirety, with prejudice, with costs of Court to be borne by the party incurring same.

Respectfully submitted,

**SORRELS LAW**

By: [signature]
Randall O. Sorrels
Texas Bar No. 1000000
Federal Bar No. 11115
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
Email: randy@sorrelslaw.com
E-service: eservice@sorrelslaw.com

By: M. Herring*
Marty Herring
State Bar No. 09533700
1616 S. Voss Road, Suite 890
Houston, Texas 77057
Telephone: 713.787.9885
Facsimile: 713.787.9886
Email: martyherring@hotmail.com
*w/ permission
**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached instrument has been forwarded by certified mail/return receipt requested, hand-delivery, email, e-file, or telephonic document transfer to the attorney listed below on October 17th, 2023.

Nelson Skyler
Texas Bar No. 00784982
nskyler@brownsims.com
Jamie M. Beller

Texas Bar No. 24123214
jbeller@brownsims.com
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

**ATTORNEYS FOR DEFENDANTS**